UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HEALTH AND WELFARE FUND OF THE EXCAVATING, GRADING AND ASPHALT CRAFT, LOCAL NO. 731, <br><br> Plaintiff, <br><br> v. <br><br> ELI LILLY AND COMPANY; et al., <br><br> Defendants. | Case No.: 1:25-cv-341 |

NOTICE OF APPEARANCE

William F. Cash III now appears for the Plaintiff, Health and Welfare Fund of the Excavating, Grading and Asphalt Craft, Local No. 731.

Respectfully submitted,

/s/ William F. Cash III

1