

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

Thomas G. Bruton                                                                                          312-435-5670
Clerk

3/10/25

Re:   District Court of New Jersey

USDC Case Number:   1:25-cv-341

MDL Number:   3080

Dear Clerk:

Enclosed is the certified record that is being transferred to your court pursuant to an order entered by the MDL Judicial Panel on 3/10/2025:

   X   Was electronically transmitted to:  District Court of New Jersey

   ☐  Paper documents sent via certified mail:

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

                                                            Sincerely.
                                                            Thomas G. Bruton, Clerk

                                                            By:     /s/ Paula Harrison
                                                                       Deputy Clerk

Enclosures

**New Case No.** _____                    **Date**
_____

cc:     Non-ECF Attorneys and Pro se Parties

Rev. 11/10/2016